

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00447-CV

**IN THE INTEREST OF C.M.**, A.S., and D.S., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01936
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order signed June 24, 2013, terminating the parental rights of the mother of the children C.M., A.S., and D.S., is AFFIRMED.

No costs are assessed against Appellant because she is indigent.

SIGNED October 16, 2013.

_____
Luz Elena D. Chapa, Justice